**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **Eugene Uritsky** | **:** | **BANKRUPTCY NO.: 19-15654-amc** |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the Debtor Eugene Uritsky in the above-captioned Chapter 13 Bankruptcy Proceeding.

        Respectfully submitted,

        /S/ Erik B. Jensen
        ERIK B. JENSEN, ESQUIRE
        Attorney for Debtor