### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**                                          : Chpt 13
Eugene Uritsky
                                                    :
                                                    : Bankruptcy No: 19-15654-amc

### **O R D E R**

     AND NOW, this _____day of_____2019, upon consideration of Debtor's Motion, it is hereby,

     ORDERED AND DECREED that debtor shall be allowed an extension of time until 10/9/19, by which date all required documents must be filed.

BY THE COURT:

**Date: September 30, 2019**                   _____
                                               Hon Ashely M. Chan
                                               U.S. BANKRUPTCY JUDGE