IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Eugene Uritsky | : | No. 19-15654-amc |
| Debtors | : | |
| | : | |

### CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Debtor's Chapter 13 Plan has been served upon all secured creditors, unsecured creditors and all interested parties and/or their counsel via first class regular mail.

Date 10/15/19                                /s/ Erik B. Jensen
                                             Erik B. Jensen, Esquire
                                             *Attorney for Debtor*