UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
EUGENE URITSKY

Chapter 13

Debtor

Bankruptcy No. 19-15654-AMC

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

12/17/2019

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ERIK B JENSEN, ESQ.  
JENSEN BAGNATO, P.C.  
1500 WALNUT ST., STE 1920  
PHILA, PA 19102-

Debtor:  
EUGENE URITSKY

29 BEVERLY HILLS DR.

WARMINSTER, PA 18974-