United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-15654-amc
Eugene Uritsky                                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                  Page 1 of 1              Date Rcvd: Jan 03, 2020
                              Form ID: pdf900               Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.
```
db           +Eugene Uritsky,    29 Beverly Hills Dr.,    Warminster, PA 18974-1400
14394465     +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
               Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
14387095     +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington DE 19899-8803
14412679     +Commonwealth of Pennsylvania, Department of Revenu,    c/o Denise A. Kuhn,
               Senior Deputy Attorney General,    Office of Attorney General,    1600 Arch Street, Suite 300,
               Philadelphia, PA 19103-2016
14392970     +M&T Bank,    C/O KML Law Group,    701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14393953     +M&T Bank,    c/o REBECCA ANN SOLARZ,ESQUIRE,    KML Law Group, P.C.,    701 Market Street,
               Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jan 04 2020 03:07:28      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 04 2020 03:07:11      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2020 03:06:53
               Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
               Harrisburg, PA  17128-0946
14412268      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2020 03:06:53      Commonwealth of Pennsylvania,
               Department of Revenue,    Bureau of Compliance,    P O Box 280946,    Harrisburg, PA 17128-0946
14387094      E-mail/Text: camanagement@mtb.com Jan 04 2020 03:06:34      M & T Bank,    P.O. Box 900,
               Millsboro DE 19966
14415363      E-mail/Text: camanagement@mtb.com Jan 04 2020 03:06:34      M&T Bank,    PO Box 840,
               Buffalo, NY 14240
14429102      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2020 03:11:19
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14428328      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2020 03:08:54
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14408203     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2020 03:06:53
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2020 at the address(es) listed below:
```
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              ERIK B. JENSEN    on behalf of Debtor Eugene  Uritsky akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
EUGENE URITSKY

Chapter 13

Debtor

Bankruptcy No. 19-15654-AMC

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

12/17/2019

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
EUGENE URITSKY

29 BEVERLY HILLS DR.

WARMINSTER, PA 18974-